

ACCEPTED
05-15-00023-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/20/2015 10:36:46 AM
LISA MATZ
CLERK

**JUDGE DALE TILLERY PRESIDING**
**134th Judicial District Court**
**600 Commerce St., 6th Floor, Room 650**
**Dallas, Texas 75201**
**214/653-6995**
flv@dallascourts.org

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/20/2015 10:36:46 AM
LISA MATZ
Clerk

March 20, 2015

Attn: Lisa Matz, Deputy Clerk
Fifth District Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

>   In Re: Civil Action No.: 05-15-00023-CV; In Re: Verp Investment, LLC, Relators
>
>   Cause No. DC-14-03874
>   Lan Nguyen vs. Verp Investment, LLC et al

Dear Clerk,

Pursuant to this Court's order of February 17, 2015, attached hereto is the certified Order Vacating the Trial Court's Order Granting Plaintiff's Motion to Compel of October 27, 2014, which is to be filed with the Court of Appeals, Fifth District Court of Texas at Dallas.

By copy of this letter, I am forwarding a copy of said certified order to all counsel of record.

Sincerely,

Dale Tillery
Presiding Judge

cc:     All Counsel of Records